

NUMBER 13-12-00079-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

MAURICE ARNEZS YOUNG A/K/A
MAURICE ARNEZ YOUNG A/K/A
MAURICE ARNES YOUNG,                                        Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

---

On Appeal from the 156th District Court
of Bee County, Texas.

---

# MEMORANDUM OPINION

Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam

Appellant, Maurice Arnezs Young a/k/a Maurice Arnez Young a/k/a Maurice Arnes

Young, by and through his attorney, has filed a motion to dismiss his appeal because he

no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of June, 2012.